## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLD FUEL SERVICES SINGAPORE PTE. LTD.** | **CIVIL ACTION NO.: 25-2229** |
| VS | JUDGE PAPILLION |
| M/V ATMOSPHERE, *IN REM* | MAGISTRATE DOSSIER |

### VERIFIED STATEMENT OF RIGHT OR INTEREST

**NOW INTO COURT**, through undersigned counsel, comes Pegasus Bulkers Inc., appearing specially and restrictively and solely as Claimant of the *in rem* Defendant herein, M/V ATMOSPHERE, and with a full reservation of all rights and defenses pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further, pursuant to Supplemental Rule C(6)(a)(i), states that it is the owner of the M/V ATMOSPHERE and is entitled to restitution of same and the right to defend this action on behalf of the vessel *in rem*.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Arthur R. Kraatz*
        Arthur R. Kraatz (Bar # 35194)
        Kevin J. LaVie (Bar# 14125)
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Facsimile: 504-568-9130
        Email: arthur.kraatz@phelps.com
        Email: kevin.lavie@phelps.com

**ATTORNEYS FOR CLAIMANT PEGASUS BULKERS INC.**

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**ARTHUR R. KRAATZ**

who, after being duly sworn, did depose and state:

That he is one of the attorneys for Pegasus Bulkers Inc., the owner and claimant of the M/V ATMOSPHERE, and makes this verification on its behalf for the reason that no officer of said corporation is available in the district to sign same;

That he is authorized and empowered to make this verification on behalf of the claimant;

That he has read the foregoing Statement, knows the contents thereof, and the same is true to the best of his knowledge, information, and belief based on information provided by his client as well as ownership information available on public databases.

_____
ARTHUR R. KRAATZ

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 5TH DAY

OF DECEMBER, 2025.

_____
NOTARY PUBLIC



Harrison M. Martin
NOTARY PUBLIC
Bar No. 39271
State of Louisiana
My Commission is for Life

PD.56281419.1