UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLD FUEL SERVICES (SINGAPORE) PTE. LTD.,** | * CIVIL ACTION NO.: 2:25-cv-2229 |
| **PLAINTIFF** | * JUDGE: PAPILLION |
| v. | * MAGISTRATE JUDGE: DOSSIER |
| *M/V ATMOSPHERE* (IMO# 9527283), her engines, tackle, apparel, etc., *in rem*, | * |
| **DEFENDANT.** | * |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

In accordance with Rule 83.2.5 of the Local Rules of the United States District Court for the Eastern District of Louisiana, this application is made by L. Bradley Hancock to have Marie E. Larsen admitted *pro hac vice* to the bar of this Court for the purpose of appearing on behalf of Plaintiff World Fuel Services (Singapore) Pte. Ltd. ("World Fuel"), in the above-captioned action.

In support of this motion, World Fuel states as follows:

1. Marie E. Larsen is a member in good standing of the Bar of the State of New York and I am admitted to practice before all corresponding courts. *See* Certificate of Good Standing, attached hereto as **Exhibit A**.

2. There have been no disciplinary proceedings or criminal charges instituted against Ms. Larsen.

3. Ms. Larsen has not been charged with, or convicted of, a felony.

4. Ms. Larsen has not been censured, suspended, disbarred, or denied admission or readmission by any court.

1

5. Ms. Larsen's office address is Holland & Knight LLP, 787 7th Avenue, New York, NY 10019. Her office telephone number is 212-513-3477.

6. Ms. Larsen is not a resident of Orleans Parish, nor the State of Louisiana, but he has been provided and is familiar with, the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Louisiana, and she will abide by and comply with the same. *See* Local Rule 83.2.7.

7. Ms. Larsen has never before sought permanent admission to the bar of a court in Louisiana.

8. Ms. Larsen has never sought permanent admission to the bar of this Honorable Court.

9. Ms. Larsen's participation in this matter is necessary for the proper representation of World Fuel as she has significant knowledge related to the current case and applicable U.S. maritime law.

10. Ms. Larsen has paid the requisite fee to become admitted *pro hac vice* in this matter.

11. Ms. Larsen has sworn and attested to the matters set forth in this motion. *See* Declaration of Marie E. Larsen, attached hereto as **Exhibit B**.

12. L. Bradley Hancock, undersigned counsel and a member of good standing of the Louisiana Bar and the bar of this Honorable Court, will continue to serve as counsel and act as an active lawyer on this case.

WHEREFORE, L. Bradley Hancock respectfully requests that this Court enter an order admitting Marie E. Larsen *pro hac vice* to practice before this Court in the above-captioned matter.

Dated: March 11, 2026                    Respectfully submitted,

                                              Holland & Knight LLP

                                              */s/ L. Bradley Hancock*
                                              L. Bradley Hancock
                                              Louisiana Bar No. 27234
                                              811 Main Street, Suite 2500
                                              Houston, Texas 77002
                                              (713) 821-7000- Telephone
                                              (713) 821-7001- Facsimile
                                              brad.hancock@hklaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, a copy of the foregoing was filed and served through the Court's ECF system on:

Arthur R. Kraatz
Kevin J. LaVie
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Email: arthur.kraatz@phelps.com
        kevin.lavie@phelps.com

*Counsel for Claimant Pegasus Bulkers Inc.*

                                              */s/ L. Bradley Hancock*
                                              L. Bradley Hancock