**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| **WORLD FUEL SERVICES** | * | **CIVIL ACTION NO.: 2:25-cv-2229** |
| **(SINGAPORE) PTE. LTD.,** | * | |
| | * | **JUDGE: PAPILLION** |
| **PLAINTIFF** | * | |
| | * | **MAGISTRATE JUDGE: DOSSIER** |
| **v.** | * | |
| | * | |
| *M/V ATMOSPHERE* **(IMO# 9527283),** | * | |
| **her engines, tackle, apparel, etc.,** *in* | * | |
| *rem,* | * | |
| | * | |
| **DEFENDANT.** | * | |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND VACATUR

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff World Fuel Services (Singapore) PTE Ltd and Claimant Pegasus Bulkers, Inc. to move the Court to dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees because the parties have reached a confidential amicable settlement of the matter. The parties further jointly move the Court to vacate the arrest of the vessel M/V ATMOSPHERE (Rec. Doc. 12) for the same reason.

Accordingly, the parties jointly move the Court to enter the attach proposed order vacating the arrest of the vessel and dismissing this matter with prejudice.

Respectfully submitted.

| | |
|---|---|
| By: */s/ Arthur R. Kraatz* | By: */s/ Marie E. Larsen* |
| Arthur R. Kraatz (Bar #35194) | Marie E. Larsen (admitted *pro hac vice*) |
| PHELPS DUNBAR, LLP | HOLLAND & KNIGHT LLP |
| Canal Place, 365 Canal Street, Suite 2000 | 787 7th Avenue |
| New Orleans, Louisiana 70130 | New York, New York 10019 |
| Telephone: (504) 566-1311 | Telephone: (212) 513-3200 |
| E-mail: arthur.kratz@phelps.com | E-mail: marie.larsen@hklaw.com |
| | |
| *Counsel for Pegasus Bulkers, Inc.,* | *Counsel for World Fuel Services (Singapore)* |
| *owner of the M/V ATMOSPHERE* | *Pte. Ltd* |

**Error! Unknown document property name.**